*In re* **HOOK**, George Clive (MR 15020)
Chicago, IL

Order of the Court:

The petition by respondent George Clive Hook for leave to file exceptions to the report and recommendation of the Review Board is denied. Respondent is disbarred, as recommended by the Review Board.